No. 90.—Ex parte Colón, Peticionario.—*Habeas corpus.* Feb. 10, 1925. No alegándose las razones, si es que existen algunas, por virtud de las cuales se hace indispensable que el auto se expida originalmente por este tribunal, de acuerdo con la regla 69 del Reglamento, *no ha lugar.*

No. 3430.—León Lugo, Aplte., *v.* Matos Bernier, Apldo. —C. D. Ponce. Feb. 13, 1925. Apareciendo que la corte inferior declaró sin lugar la demanda de desahucio establecida porque en virtud de la prueba practicada llegó a la conclusión de que existía un conflicto de títulos y existiendo tal conflicto, de acuerdo con la ley y la jurisprudencia, *se confirma la sentencia apelada.*

No. 2379.—El Pueblo, Apldo., *v.* Reyes et al., Apltes.— C. D. Ponce. Feb. 18, 1925. Confirmada la sentencia apelada por encontrarse que no es sostenible el único motivo del recurso, por haber evidencia de que los apelantes alteraron la paz con una riña en una calle de Coamo.

No. 3418. — Porto Rico Fruit Union, Aplte., *v.* Parkhurst Fruit Company, Aplda.—C. D. San Juan, Distrito 1º. Feb. 19, 1925. Apareciendo de que no hay motivos suficientes para sostener que la corte inferior erró al desestimar la demanda en cuanto a la partida de $330 importe de las mil cajas que la demandante alega que vendió y entregó a la demandada, ya que la prueba resultó contradictoria y no se ha demostrado que la corte al resolver el conflicto actuara movida por pasión, prejuicio, o parcialidad o cometiera algún error manifiesto, *se confirma la sentencia apelada.*

No. 2386.—El Pueblo, Apldo., *v.* Guzmán, Aplte.—C. D. Aguadilla. Feb. 20, 1925. Confirmada la sentencia apelada por aparecer que la denuncia es suficiente y que el juez sentenciador no cometió error al apreciar la prueba.